IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY P. PURDY, | ) | 8:14CV236 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MARK FOXHALL, JHON HUBBARD, PAT WEST, Cpt, EARLEY, Cpt, MENTAL HEALTH STAFF, DRS OF CCS, CITY OF OMAHA, DOUGLAS COUNTY, DOUGLAS COUNTY CORRECTIONS CENTER, CCS?, Medical Corporation process, and CCA, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

On February 24, 2015, the court ordered Plaintiff to update his address with the court within 30 days or face dismissal of this action. To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 30th day of March, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge